_____

No. 96-3260
_____

United States of America,          *
                                    *
         Appellee,                  *
                                    *  Appeal from the United States
    v.                              *  District Court for the
                                    *  Eastern District of Missouri.
Maurice Safford, also known         *
as Maurice Smith,                   *          [UNPUBLISHED]
                                    *
         Appellant.                 *


_____

         Submitted:  November 19, 1996

            Filed:  November 27, 1996
_____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.
_____

PER CURIAM.


    Maurice Safford, an African-American, challenges the 120-month
sentence imposed by the district court[1] after he pleaded guilty to
possessing cocaine base (crack) with intent to distribute, in violation of
21 U.S.C. § 841(a)(1).  We affirm.


    At issue is Safford's offense-level calculation, which was drived
from the penalty scheme set forth in 21 U.S.C. § 841(b)(1), providing the
same penalties for given amounts of crack and 100 times greater amounts of
powder cocaine.  Safford argues that the 100-to-1 ratio has a
disproportionate adverse effect on African-Americans; Congress's rejection
of the Sentencing Commission's

_____

    [1]The Honorable Charles A. Shaw, United States District Judge
for the Eastern District of Missouri.

proposed amendment to the Sentencing Guidelines--which would have eliminated the 100-to-1 ratio and equalized the penalties for crack and powder cocaine--evidences a discriminatory purpose on Congress's part in maintaining the penalty scheme; and, thus, continued application of the scheme violates his Fifth Amendment equal protection and due process rights.

We recently rejected similar arguments in <u>United States v. Carter</u>, 91 F.3d 1196, 1198-99 (8th Cir. 1996) (per curiam).

Accordingly, the judgment of the district court is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.